# Fifth District Court of Appeal
## State of Florida

———————————————

Case No. 5D23-3504
LT Case No. 2009-CA-2271

———————————————

Yolanda Y. Pittman a/k/a Yolanda Pittman,

Appellant,

v.

Wells Fargo Bank, N.A., As Trustee
for Securitized Asset-Backed
Receivables LLC, 2005-FRA
Mortgage Pass-Through
Certificates, Series 2005-FR4, et al,

Appellees.

———————————————

On appeal from the Circuit Court for Seminole County.
Mark E. Herr, Judge.

Yolanda Y. Pittman a/k/a Yolanda Pittman,
Winter Park, pro se.

Sara F. Holladay, Emily Y. Rottmann, and Kathleen D.
Dackiewicz, of McGuirewoods LLP, Jacksonville, for Appellee,
Wells Fargo Bank, N.A.

No Appearance for Other Appellees.

February 6, 2024

Per Curiam.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

Eisnaugle, Harris, and Soud, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————